Nicholas Ranallo, Esq.  WSBA No.: 51439
Ranallo Law Office
5058 57th Avenue South
Seattle, WA  98118
Telephone:  (831) 607-9229
E-Mail:  nick@ranallolawoffice.com

Judge Benjamin H. Settle

*Counsel for Defendant Trans Union, LLC*

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON (TACOMA)

| | |
|---|---|
| PHYLLIS A. YAMAMOTO,<br>        Plaintiff,<br><br>    vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; TRANS UNION, LLC; and SYNCHRONY BANK;<br>        Defendants. | CASE NO.  3:23-cv-06052-BHS<br><br>**ORDER GRANTING MOTION FOR EXTENSION OF TIME TO FILE STIPULATION OF DISMISSAL AS TO TRANS UNION LLC** |

Defendant Trans Union LLC ("Trans Union"), having filed its Motion for Extension of Time to File Stipulation of Dismissal as to Trans Union LLC.

And the Court, being duly advised, now **GRANTS** the Motion.

Plaintiff and Trans Union shall file its Stipulation of Dismissal by December 23, 2024.

Dated: November 21, 2024

_____
BENJAMIN H. SETTLE
United States District Judge

---

**ORDER GRANTING MOTION FOR EXTENSION OF TIME TO FILE STIPULATION OF DISMISSAL AS TO TRANS UNION LLC – 3:23-cv-06052-BHS**

RANALLO LAW OFFICE
5058 57TH AVENUE SOUTH
SEATTLE, WA 98118
TELEPHONE: (831) 607-9229

Distribution:

| | |
|---|---|
| Eliyahu Babad, Esq.<br>ebabad@steinsakslegal.com | Michael C. Brubaker, Esq.<br>michael@brubakerlawgroup.com |
| James P. Laurick, Esq.<br>JLaurick@kilmerlaw.com | Rachel Groshong, Esq.<br>Rachel.groshong@stoel.com |
| Sara Jane Wadsworth, Esq.<br>Sara.wadsworth@stoel.com | Nicholas Ranallo, Esq.<br>nick@ranallolawoffice.com |

**ORDER GRANTING MOTION FOR EXTENSION OF TIME TO FILE STIPULATION OF DISMISSAL AS TO TRANS UNION LLC – 3:23-cv-06052-BHS**

RANALLO LAW OFFICE
5058 57TH AVENUE SOUTH
SEATTLE, WA 98118
TELEPHONE: (831) 607-9229