Nicholas Ranallo, Esq.  WSBA No.: 51439  
Ranallo Law Office  
5058 57th Avenue South  
Seattle, WA  98118  
Telephone:  (831) 607-9229  
E-Mail:  nick@ranallolawoffice.com

Judge Benjamin H. Settle

*Counsel for Defendant Trans Union, LLC*

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON (TACOMA)

| | |
|---|---|
| PHYLLIS A. YAMAMOTO,<br>          Plaintiff,<br><br>     vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; TRANS UNION, LLC; and SYNCHRONY BANK;<br>          Defendants. | CASE NO.  3:23-cv-06052-BHS<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT TRANS UNION LLC ONLY** |

Plaintiff Phyllis A. Yamamoto ("Plaintiff"), by counsel, and Defendant Trans Union LLC ("Trans Union"), by counsel, hereby stipulate and agree that all matters herein between them have been compromised and settled, and that Plaintiff's cause against Trans Union only should be dismissed, with prejudice, with each party to bear its own costs and attorneys' fees.

Respectfully submitted,

Date: December 23, 2024

/s/ Eliyahu R. Babad (with consent)  
Eliyahu R. Babad, Esq.  
Stein Saks, PLLC  
One University Plaza, Suite 620  
Hackensack, NJ 07601  
Telephone:  
E-Mail: ebabad@steinsakslegal.com

*Counsel for Plaintiff Phyllis A. Yamamoto*

**STIPULATION AND ORDER OF DISMISSAL –**  
**3:23-cv-06052-BHS**

RANALLO LAW OFFICE  
5058 57TH AVENUE SOUTH  
SEATTLE, WA 98118  
TELEPHONE: (831) 607-9229

Date: December 23, 2024

    */s/ Nicholas Ranallo*
Nicholas Ranallo, Esq.
WA State Bar No. 51439
5058 57th Ave. S.
Seattle, WA 98118
nick@ranallolawoffice.com

*Counsel for Defendant Trans Union, LLC*

IT IS SO ORDERED.

Dated this 23rd day of December, 2024.

_____
Benjamin H. Settle
United States District Judge

**STIPULATION AND ORDER OF DISMISSAL –
3:23-cv-06052-BHS**

RANALLO LAW OFFICE
5058 57TH AVENUE SOUTH
SEATTLE, WA 98118
TELEPHONE: (831) 607-9229

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing has been filed electronically on the **23rd day of December, 2024**. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's electronic filing.

| | |
|---|---|
| Eliyahu Babad, Esq.<br>ebabad@steinsakslegal.com | Michael C. Brubaker, Esq.<br>michael@brubakerlawgroup.com |
| James P. Laurick, Esq.<br>JLaurick@kilmerlaw.com | Rachel Groshong, Esq.<br>Rachel.groshong@stoel.com |
| Sara Jane Wadsworth, Esq.<br>Sara.wadsworth@stoel.com | |

The undersigned further certifies that a true copy of the foregoing was served on the following parties via First Class, U.S. Mail, postage prepaid, on the **23rd day of December, 2024**, properly addressed as follows:

| | |
|---|---|
| None. | |

/s/ Nicholas Ranallo
Nicholas Ranallo, Esq.
WA State Bar No. 51439

*Counsel for Defendant Trans Union, LLC*

**STIPULATION AND ORDER OF DISMISSAL –**
**3:23-cv-06052-BHS**

RANALLO LAW OFFICE
5058 57TH AVENUE SOUTH
SEATTLE, WA 98118
TELEPHONE: (831) 607-9229